### EDWIN SLALINE v. CINCINNATI SAND BLAST COMPANY.

FALLING ON UNGUARDED BELT FROM TOPPLING OVER STOOL NOT PROXIMATE CAUSE.
Where an employe while standing upon a stool is thrown by the toppling over of the stool upon an unguarded belt and injured, the fact that the belt was unguarded was not the proximate cause of the injury, and recovery cannot be had against the master because of the unguarded belt.

**W. H. Schweikert, G. J. Slaline** and **Stanley Matthews,** for plaintiff in error.

**Guido Gores,** for defendant in error.

GIFFEN, P. J.

It appears from the evidence as well as the amended petition that the proximate cause of the injury complained of was the toppling over of the stool upon which the plaintiff was standing, and there is no averment that the defendant negligently failed to provide a ladder instead. The averment is that the stool threw him upon said unguarded belt and by reason of said fall upon said unguarded belt (not by reason of said belt being unguarded) he received a fracture of his right leg.

Slaline v. Blast Co.

It is equally clear from the evidence that the unguarded belt or shafting was not the proximate cause of the injury. The negligence, if any, was that of plaintiff.

Judgment affirmed.

**Smith** and **Swing, JJ.,** concur.